

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

April 6, 2023

2023-1583 - Wireless Discovery LLC v. Coffee Meets Bagel, Inc.

# NOTICE OF NON-COMPLIANCE

The document (Certificate of Interest, Notice of Related Cases) submitted by Coffee Meets Bagel, Inc. is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The filer used an incorrect filing event. When refiling a corrected version of this document, please use the following events: Certificate of Interest, Notice of Related Case Information. Refer to the court's <u>Electronic Filing Procedures</u> ("Filing").

  *Clerk's Note: Please file the preliminary documents under their respective events.*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

/s/ Peter R. Marksteiner

Peter R. Marksteiner
Clerk of Court
By: C. Harper, Deputy Clerk