

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

April 6, 2023

2023-1583 - Wireless Discovery LLC v. Coffee Meets Bagel, Inc.

## NOTICE OF NON-COMPLIANCE

The documents (Entry of Appearance for Nagendra Setty, Entry of Appearance for William P. Ramey III) submitted by Wireless Discovery LLC are not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit corrected versions of these documents correcting the following:

- Only one attorney may serve as principal counsel for each party. Fed. Cir. R. 47.3(b)(1).

  *Clerk's Note: The second Entry of Appearance lists William P. Ramey III as Principal Counsel, which conflicts with the first Entry of Appearance that lists Nagendra Setty as Principal Counsel.*

* * *

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court
By: C. Harper, Deputy Clerk