# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## AMENDED ENTRY OF APPEARANCE

**Case Number:** 23-1583, 23-1584, 23-1591, 23-1592

**Short Case Caption:** Wireless Discovery LLC v. Coffee Meets Bagel, Inc. (lead)

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Wireless Discovery LLC

| | |
|---|---|
| **Principal Counsel:** Nagendra Setty | Admission Date: 06/28/1994 |
| Firm/Agency/Org.: Setty Chachkes PLLC | |
| Address: 113 Cherry St, Suite 54517, Seattle, WA 98104 | |
| Phone: 4157661149 | Email: nick@sechalaw.com |
| **Other Counsel:** Alex V. Chachkes | Admission Date: 09/30/2003 |
| Firm/Agency/Org.: Setty Chachkes PLLC | |
| Address: 228 Park Avenue South, Suite 54517, New York, NY 10003 | |
| Phone: 9174281358 | Email: alex@sechalaw.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 04/11/2023

Signature: /s

Name: Nagendra Setty

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| | |
|---|---|
| **Other Counsel:** William P. Ramey, III | Admission Date: 01/07/2014 |
| Firm/Agency/Org.: Ramey LLP | |
| Address:<br>5020 Montrose Blvd., Suite 800, Houston, TX 77006 | |
| Phone: (713) 426-3923 | Email: wramey@rameyfirm.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |