

**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
ACTING CLERK OF COURT

CLERK'S OFFICE
202-275-8000

June 2, 2023

2023-1583 - Wireless Discovery LLC v. Coffee Meets Bagel, Inc.

# NOTICE OF NON-COMPLIANCE

The document (Corrected Opening Brief) submitted by Wireless Discovery LLC is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The document is titled "corrected" but was not filed with a Notice of Correction or motion for leave to correct. A Notice of Correction or Motion for leave is required. Fed. Cir. R. 25(i)(1).

- The case number on the cover is incorrect and/or incomplete (all consolidated case numbers must be included). Fed. R. App. P. 32(a)(2)(A).

  *Clerk's Note: The cover must list the full numbers for each consolidated case.*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket. An</u>

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

/s/ Jarrett B. Perlow

Jarrett B. Perlow
Acting Clerk of Court
By: C. Harper, Deputy Clerk